### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH SAAD, INDIVIDUALLY, ZIHRA SAAD, INDIVIDUALLY, <br><br> PLAINTIFFS, <br><br> - VS - <br><br> CITY OF DEARBORN HEIGHTS, ET AL., <br><br> DEFENDANTS. | CIVIL CASE NO. 2:11-CV-10103 <br><br> **ORDER TO EXTEND DISCOVERY DEADLINES** <br><br> - HONORABLE PATRICK J. DUGGAN - <br><br> - MAGISTRATE JUDGE MARK A. RANDON - |

This matter, having come before the Court by stipulation of the parties to extend the discovery and motion cut-off dates in the Scheduling Order of the Court dated May 11, 2011.

**IT IS HEREBY ORDERED** that the discovery deadline is extended to December 16, 2011 and the motion cut-off date is extended to January 3, 2012.


s/**PATRICK J. DUGGAN**
**PATRICK J. DUGGAN**
**UNITED STATES DISTRICT JUDGE**

**DATED: OCTOBER 12, 2011**
I HEREBY CERTIFY THAT A COPY OF THE FOREGOING DOCUMENT WAS SERVED UPON COUNSEL OF RECORD ON WEDNESDAY, OCTOBER 12, 2011, BY ELECTRONIC AND OR ORDINARY MAIL.

s/**MARILYN OREM**
**CASE MANAGER**