UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH SAAD, Individually, and
ZIHRA SAAD, Individually,

      Plaintiffs,           CIVIL ACTION NO. 11-10103

      v.           DISTRICT JUDGE PATRICK J. DUGGAN

CITY OF DEARBORN HEIGHTS,      MAGISTRATE JUDGE MARK A. RANDON
et al.,

      Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER REGARDING SEQUESTRATION (DKT. NO. 13)

This matter is before the Court on Plaintiffs' motion for a protective order regarding the sequestration of party-deponents. (Dkt. No. 13) The Court has reviewed the motion and Defendants' response thereto. Being otherwise fully advised following a hearing on November 3, 2011;

IT IS ORDERED that, for the reasons stated on the record, Plaintiffs' motion to preclude certain defendants from appearing at the depositions of their co-defendants IS DENIED.

           s/Mark A. Randon
           MARK A. RANDON
           UNITED STATES MAGISTRATE JUDGE

Dated: November 4, 2011

### Certificate of Service

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, November 4, 2011, by electronic and/or first class U.S. mail.*

           *s/Melody R. Miles*
           *Case Manager to Magistrate Judge Mark A. Randon*
           (313) 234-5542